1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

LONNIE RAY CARTER,

11

Plaintiff,

12

v.

13

ASHLEY A ZUBER, S RODDEY, TIM
THRASHER, V DALSEY, C NEWTON,

14

K BOWEN, R PFAFF, R ALANIN, L
SOWER, JAYNE OLSEN, MELANIE S

15

BRUNETTI, BISHOP, DOUGLAS
FRENCH,

16

17

Defendants.

CASE NO. 3:18-CV-05286-RBL-DWC

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

18

    The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, does

19

hereby find and ORDER.

20

    Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give

21

security therefore. Accordingly, plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is

22

GRANTED. Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act.

23

The portion of the act requiring a prisoner to pay the filing fee in installments does not apply to

24

plaintiff. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

1   Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a

2   waiver of any other cost(s) of litigation.

3           The Clerk is directed to mail a copy of this Order to Plaintiff.

4           Dated this 8th day of May, 2018.

5
6                                               David W. Christel
7                                               United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24