# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LONNIE RAY CARTER, <br><br> Plaintiff, <br><br> v. <br><br> ASHLEY A ZUBER, S RODDEY, TIM THRASHER, V DALSEY, C NEWTON, K BOWEN, R PFAFF, R ALANIN, L SOWER, JAYNE OLSEN, MELANIE S BRUNETTI, BISHOP, DOUGLAS FRENCH, <br><br> Defendants. | CASE NO. 3:18-CV-05286-RBL-DWC <br><br> ORDER |

The District Court has referred this 42 U.S.C. § 1983 action filed by Plaintiff Jess R. Smith to United States Magistrate Judge David W. Christel. On May 10, 2018, the Court issued an Order to Show Cause or Amend ("Order"), in which the Court declined to serve Plaintiff's Complaint but provided Plaintiff leave to file an amended complaint to cure the Complaint's deficiencies. Dkt. 5. The Order directed Plaintiff to file an amended complaint by June 11, 2018. *Id.*

On May 25, 2018, Plaintiff signed – effectively filing – a "Notice of Plaintiff's Change of Address." Dkt. 6. In that filing, Plaintiff asserts he has been in custody at King County Jail since May 8, 2018 – two days prior to the Court issuing its Order. *Id.* at 2. Plaintiff further alleges officials at King County Jail "seized" a copy of his Complaint and requests the Clerk's Office send him an additional copy of the Complaint. *Id.* at 2. The Clerk's Office has sent Plaintiff a copy of the Complaint.

Due to the timing of Plaintiff's address change and the Court's issuance of the Order, it appears Plaintiff did not receive the Order. Therefore, the Court directs the Clerk to send Plaintiff an additional copy of the Order (Dkt. 5) and its attachments. The Court also extends the time in the Order (Dkt. 5) to provide Plaintiff until July 13, 2018 to file an amended complaint.

If Plaintiff fails to file an amended complaint or adequately address the issues raised in the Order on or before July 13, 2018, the undersigned will recommend dismissal of this action pursuant to 28 U.S.C. § 1915.

Dated this 13th day of June, 2018.

David W. Christel
United States Magistrate Judge