UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LONNIE RAY CARTER,

    Plaintiff,

v.

ASHLEY A ZUBER, S RODDEY, TIM THRASHER, V DALSEY, C NEWTON, K BOWEN, R PFAFF, R ALANIN, L SOWER, JAYNE OLSEN, MELANIE S BRUNETTI, BISHOP, DOUGLAS FRENCH, DIANA BENNETT, MORGANSEN,

    Defendant.

CASE NO. 3:18-CV-05286-RBL-DWC

ORDER

The District Court has referred this 42 U.S.C. § 1983 action filed by Plaintiff Lonnie Ray Carter to United States Magistrate Judge David W. Christel. Plaintiff initiated this lawsuit on April 11, 2018. *See* Dkt. 1. On May 10, 2018, the Court issued an Order to Show Cause or Amend, in which the Court declined to serve Plaintiff's original Complaint but provided Plaintiff leave to file an amended complaint by June 11, 2018, to cure the identified deficiencies. Dkt. 5. Thereafter, the Court extended the deadline and provided Plaintiff until August 6, 2018, to file an

amended complaint. Dkt. 10. On August 6, 2018, Plaintiff signed – effectively filing – an "Amended Civil Rights Complaint by a Prisoner under 42 U.S.C. § 1983 and 42 U.S.C. Sub-Section 1985(3)" ("Amended Complaint"). Dkt. 14.

Subsequently, on August 8, 2018, Plaintiff signed – effectively filing – Plaintiff's "Motion to Supplement the Record to Concisely Set Forth the Infirm Constitutional Violations of Plaintiff's Civil Rights[;] Motion for Extension of Time" ("Motion"), seeking additional time to insert facts into the Amended Complaint. Dkt. 15. The Court issued an Order granting the Motion on August 22, 2018 ("Order"), providing Plaintiff until September 21, 2018 to file a second amended complaint. Dkt. 16. The Court directed Plaintiff to plead all allegations and claims in the second amended complaint. *Id.* Further, the Court provided Plaintiff notice of the deficiencies in his Amended Complaint. *Id.*

The day after the Court granted Plaintiff's Motion, on August 23, 2018, Plaintiff signed – effectively filing – a letter, and submitted pages to be attached into the Amended Complaint. Dkt. 17. Plaintiff indicated he would send additional pages to be inserted into the Amended Complaint. *Id.*

The timing of the Court's Order and Plaintiff's letter indicates Plaintiff did not receive the Order before mailing the letter. Hence, the Court directs Plaintiff to comply with the Order (Dkt. 16) and file a second amended complaint containing all allegations and claims. Plaintiff is directed to file the second amended complaint as a single document. Once Plaintiff has filed the second amended complaint, Plaintiff shall not file additional pages to be inserted into the second amended complaint.

The Court also grants Plaintiff an extension of time to file the second amended complaint. Plaintiff is directed to file the second amended complaint on or before October 5, 2018.

Dated this 4th day of September, 2018.

*David W. Christel*
David W. Christel
United States Magistrate Judge