|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA | |
| 9 | | |
| 10 | LONNIE RAY CARTER, | |
| 11 | Plaintiff, | CASE NO. 3:18-CV-05286-RBL-DWC |
| 12 | v. | REPORT AND RECOMMENDATION Noting Date: November 9, 2018 |
| 13 | ASHLEY A ZUBER, S RODDEY, TIM THRASHER, V DALSEY, C NEWTON, K BOWEN, R PFAFF, R ALANIN, L SOWER, JAYNE OLSEN, MELANIE S BRUNETTI, BISHOP, DOUGLAS FRENCH, DIANA BENNETT, MORGANSEN, | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Lonnie Ray Carter, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on April 11, 2018. *See* Dkt. 1. On August 22, 2018, the Court screened the Plaintiff's Complaint and found it was deficient. Dkt. 16. The Court ordered Plaintiff to file a second amended complaint on or before September 21, 2018. *Id.* The Court warned that failure to file an amended complaint or adequately address the issues identified in

REPORT AND RECOMMENDATION - 1

the Order would result in the Court recommending dismissal of this action pursuant to 28 U.S.C. § 1915. *Id*. On September 4, 2018, the Court granted an extension of time and ordered Plaintiff to file the second amended complaint on or before October 5, 2018. Dkt. 18.

Plaintiff has failed to comply with the Court's Order. He has not filed a response to the Order or filed an amended complaint. As Plaintiff has failed to respond to the Court's Order and prosecute this case, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on November 9, 2018.

Dated this 26th day of October, 2018.

David W. Christel
United States Magistrate Judge